FILED
CLERK, U.S. DISTRICT COURT
11/19/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, <br><br> Plaintiff, <br><br> v. <br><br> **5515 Meeya, Inc.,** a California Corporation; and Does 1-10, <br><br> Defendants. | Case 2:20-cv-05137-PSG-GJS <br><br> [~~proposed~~] **Judgment** <br> (re: Default Judgment) |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Orlando Garcia shall have JUDGMENT in his favor and against defendant 5515 Meeya, Inc. for $4,591.50 in attorney's fees and costs.

Additionally, defendant 5515 Meeya, Inc., is ordered to provide wheelchair accessible change machine and van-accessible parking space at the Laundromat located at 5515 York Blvd., Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: 11/19/2020   By:_____
United States District Judge

*Presented by*:
Russell Handy, Esq.
858-375-7385
russ@potterhandy.com
Attorney for Plaintiff